IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN SEXTON and | § | |
| SHELIA SEXTON, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2429-K |
| | § | |
| DEUTSCHE BANK, N.A., | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' claim is **DISMISSED**.

SO ORDERED.

Signed November 7th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE